B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>District of Nevada | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Bracamontes, Salvador** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Bracamontes, Esther** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**AKA Salvador Martinez Bracamontes; AKA Salvador Bracamontes Martinez** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**AKA Esther Soria Bracamontes** |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-0047** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-9543** |
| Street Address of Debtor (No. and Street, City, and State):<br>**1728 Ingraham Street**<br>**North Las Vegas, NV**<br>ZIP Code **89030** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**1728 Ingraham Street**<br>**North Las Vegas, NV**<br>ZIP Code **89030** |
| County of Residence or of the Principal Place of Business:<br>**Clark** | County of Residence or of the Principal Place of Business:<br>**Clark** |
| Mailing Address of Debtor (if different from street address):<br>**P O Box 152**<br>**Amargosa Valley, NV**<br>ZIP Code **89020** | Mailing Address of Joint Debtor (if different from street address):<br>**P O Box 152**<br>**Amargosa Valley, NV**<br>ZIP Code **89020** |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☐ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>■ Chapter 13 |
| | | ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

| | Tax-Exempt Entity<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | Nature of Debts<br>(Check one box)<br>■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."      ☐ Debts are primarily business debts. |
|---|---|---|

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**

■ Debtor estimates that funds will be available for distribution to unsecured creditors.

☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(4/10)                                                                                                                       Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Bracamontes, Salvador**<br>**Bracamontes, Esther** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X  /s/ David L. Tanner,  Esq.**        **June  2, 2010**<br>  Signature of Attorney for Debtor(s)               (Date)<br>  **David L. Tanner,  Esq. #002366** |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
#### (Check any applicable box)

■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
#### (Check all applicable boxes)

☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)             Page 3

# Voluntary Petition

*(This page must be completed and filed in every case)*

| Name of Debtor(s): |
| --- |
| **Bracamontes, Salvador** |
| **Bracamontes, Esther** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Salvador Bracamontes**
Signature of Debtor **Salvador Bracamontes**

**X** **/s/ Esther Bracamontes**
Signature of Joint Debtor **Esther Bracamontes**

Telephone Number (If not represented by attorney)

**June  2, 2010**
Date

### Signature of Attorney*

**X** **/s/ David L. Tanner,  Esq.**
Signature of Attorney for Debtor(s)

**David L. Tanner,  Esq.  #002366**
Printed Name of Attorney for Debtor(s)

**David L. Tanner, Esq., P.C.**
Firm Name

**7472 West Sahara Avenue**
**-Suite 101-**
**Las Vegas, NV 89117-2748**

Address

**Email:** tannerlaw@mpowercom.net
**(702) 256-6999    Fax:(702)256-8999  Fax: (702) 256-8999**
Telephone Number

**June  2, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X**
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X**
Signature of Foreign Representative

Printed Name of Foreign Representative

Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankrupcty petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

Address

**X**

Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## District of Nevada

In re  **Salvador Bracamontes**
      **Esther Bracamontes**                                    Case No.
                                       Debtor(s)                Chapter    **13**

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                      Page 2

☐  4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

     ☐  Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

     ☐  Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

     ☐  Active military duty in a military combat zone.

☐  5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:     **/s/ Salvador Bracamontes**
                                  **Salvador Bracamontes**

Date:     **June  2, 2010**

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
### District of Nevada

In re    **Salvador Bracamontes**
       **Esther Bracamontes**                               Case No. _____

                                       Debtor(s)           Chapter    **13**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■   1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐   2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐   3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                    Page 2

☐  4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐  Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐  Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐  Active military duty in a military combat zone.

☐  5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:  **/s/ Esther Bracamontes**

                            **Esther Bracamontes**

Date:  **June  2, 2010**

```
Salvador Bracamontes
Esther Bracamontes
P O Box 152
Amargosa Valley, NV 89020

David L. Tanner,  Esq.
David L. Tanner, Esq., P.C.
7472 West Sahara Avenue
-Suite 101-
Las Vegas, NV 89117-2748

Americredit
Acct No *****x3821
POB 183853
Arlington, TX 76096

Americredit
Acct No *****x3821
4001 Embarcadero
Arlington, TX 76014

Americredit
Acct No *****x3821
801 Cherry Street #3900
Fort Worth, TX 76102

Americredit 2010
Acct No *****x3821
P O Box 181145
Arlington, TX 76096

Charlotte Clark
Acct No ****7843
7472 West Sahara Avenue #101
Las Vegas, NV 89117

Charlotte Clark - Calendar Dept
Acct No ****7843
7472 West Sahara Avenue #101
Las Vegas, NV 89117

Charlotte Clark Turner
Acct No ****7843
7472 West Sahara Avenue #101
Las Vegas, NV 89117

David L. Tanner, Esq.
Acct No ****7843
7472 West Sahara Avenue #101
Las Vegas, NV 89117
```

David L. Tanner, Esq.
Acct No ****7843
Attn: Master Court Calendar
7472 West Sahara Avenue - #101
- Sterling Park Office -
Las Vegas, NV 89117-2748

David L. Tanner, Esq. / Calendaring
Acct No ****7843
7472 West Sahara Avenue #101
Las Vegas, NV 89117

David L. Tanner, Esq. / Calendaring '10
Acct No ****7843
7472 West Sahara Avenue #101
Sterling Park Office Park
Las Vegas, NV 89117

David L. Tanner, Esq. / Calendaring 2010
Acct No ****7843
7472 West Sahara Avenue #101
Las Vegas, NV 89117

Desert  View Hospital
Acct No ****2942
360 South Lola Lane
Pahrump, NV 89048

Desert View Regional Hospital
Acct No ****2942
360 South Lola Lane
Pahrump, NV 89048

Desert View Regional Medical Center
Acct No ****1001
360 South Lola Lane
Pahrump, NV 89048

DT Credit
P O Box 29018
Phoenix, AZ 85038

Enhanced Recovery Corp
8014 Bay Berry Road
Jacksonville, FL 32256

ER Solutions
Acct No ******7920
500 SW 7th St.
Renton, WA 98055

```
ER Solutions
Acct No ******7920
500 SW 7th St.
Building A - 100
Renton, WA 98055

ER Solutions
Acct No ******7920
800 Southwest 39th Street
Renton, WA 98057

ER Solutions
Acct No ******7920
P O Box 9004
Renton, WA 98057-9004

ER Solutions (tMOBILE)
Acct No ******7920
P O Box 9004
Renton, WA 98057

ER Solutions Inc.
Acct No ******7920
POB 6030
Hauppauge, NY 11788

ER Solutions Inc.
Acct No ******7920
PO BOX 9004
Renton, WA 98057

ER Solutions Inc.
Acct No ******7920
PO BOX 9004
800 SW 29th Street
Renton, WA 98057

ER Solutions Inc.
Acct No ******7920
POB 6030
Hauppauge, NY 11788-0154

ER Solutions Inc.
Acct No ******7920
P.O. BOX 9004
800 SW 39th Street
Renton, WA 98057

ER Solutions Inc. 2008
Acct No ******7920
PO BOX 9004
Renton, WA 98057
```

ER Solutions Inc. 2008
Acct No ******7920
POB 6030
Hauppauge, NY 11788-0154

First Revenue Assurance
Acct No bracamontes
P O Box 5818
Denver, CO 80217

First Revenue Assurance
Acct No bracamontes
P O Box 3020
Albuquerque, NM 87110

First Revenue Assurance
Acct No bracamontes
4500 Cherry Creek Drive #450
Denver, CO 80246

GEHL Finance
Acct No ******
143 Water Street
West Bend, WI 53095

Harvard Collection Svcs
Acct No *****1162
4839 N. Elston Avenue
Chicago, IL 60630-2534

IBEW Plus Credit Union
Acct No *****1162
POB 31279
Tampa, FL 33631-3279

IBEW Plus Credit Union
Acct No *****1162
1900 North Jones Blvd #102
Las Vegas, NV 89104

IBEW Plus Credit Union
Acct No *****1162
POB 26597
Las Vegas, NV 89126

IBEW Plus Credit Union
Acct No *****1162
1900 North Jones Blvd #102
Las Vegas, NV 89146

IBEW Plus Credit Union
Acct No *****1162
1900 North Jones Blvd
Las Vegas, NV 89146

Kangas & Associates
Acct No ****7843
7472 West Sahara Avenue #101
Las Vegas, NV 89117

Lake Mead Radiologists
Acct No ******3226
5495 S. Rainbow Blvd. #101
Las Vegas, NV 89118

Laurie T. Clark
Acct No ****7843
7472 West Sahara Avenue
Sterling Park - Suite 101
Las Vegas, NV 89117-2748

Laurie T. Clark, Calendar
Acct No ****7843
7472 West Sahara Avenue
Sterling Park - Suite 101
Las Vegas, NV 89117-2748

Laurie T. Clark, Calendar 2010
Acct No ****7843
7472 West Sahara Avenue
Sterling Park - Suite 101
Las Vegas, NV 89117-2748

Laurie T. Clark, Calendar Dept
Acct No ****7843
7472 West Sahara Avenue
Sterling Park - Suite 101
Las Vegas, NV 89117-2748

National Default Svcing Corp
Acct No *****7843
2525 East Camelback Road #200
Phoenix, AZ 85015

National Default Svcing Corp
Acct No *****7843
2525 East Camelback Road #200
Phoenix, AZ 85016

National Default Svcing Corp
Acct No *****7843
2525 East Camelback Road - Suite #200
Phoenix, AZ 85016

National Default Svcing Corp
Acct No *****7843
2525 East Camelback Road - Suite #200
TS#08-33084-LL-NV
Phoenix, AZ 85016

```
National Default Svcing Corp
Acct No *****7843
2525 East Camelback Road - Suite #200
   {ndsc file:#10-30106-FF-NV}
Phoenix, AZ 85016

National Default Svcing Corp
Acct No *****7843
7720 North 16th Street
Suite 300
Phoenix, AZ 85020

National Default Svcing Corp
Acct No *****7843
2525 East Camelback Road - Suite #200
ndsc file:#10-31026-ff-nv
Phoenix, AZ 85016

NCO 2010
Acct No ****2942
4000 East 5th Avenue
Columbus, OH 43219

Old Republic Credit Svcs, Inc
6 Harris Court - Suite B
Monterey, CA 93940

Old Republic Equity Credit Svcs, Inc
Acct No ***1182
307 North Michigan Avenue, 15th Floor
   {acct # Y41182}
Chicago, IL 60601

Salvador Bracamontes
Acct No ****7843
1728 Ingraham Street
North Las Vegas, NV 89030-7258

Sprint / ER SOLUTIONS
Acct No ******7920
800 S W 39th Street
Renton, WA 98057

Sprint 2010
Acct No ******7920
POB 54977
Los Angeles, CA 90054-0977

Sprint 2010
Acct No ******7920
6391 Sprint Parkway
Overland Park, KS 66251-4300
```

Sprint 2010 (Cell Phone Svc)
Acct No ******7920
P O Box 3827
Englewood, CO 80155-3827

Sprint 2010 - Los Angeles
Acct No ******7920
POB 54977
Los Angeles, CA 90054-0977

Sprint Cell Corp.
Acct No ******7920
2001 Edmond Halley
Reston, VA 20191

Sprint Cell Phone 2010
Acct No ******7920
P O Box 4191
Carol Stream, IL 60197-4191

Sprint PCS
Acct No ******7920
POB 79357
City Of Industry, CA 91716

Sprint Wireless
Acct No ******7920
POB 2667 (078)
Houston, TX 77252-2667

Wachovia Bank
Acct No *****7843
POB 15515
Wilmington, DE 19886

Wachovia Mortgage
Acct No 1182
POB 60505
City Of Industry, CA 91716-0505

Wachovia Mortgage FSB
Acct No 1182
4101 Wiseman Blvd #MC-T
San Antonio, TX 78251

Wachovia Mortgage FSB
Acct No bracamontes
4101 Wiseman Blvd #MC-T6D2
San Antonio, TX 78251

Western Sierra Accceptance
1547 Palos Verdes Mall #264
Walnut Creek, CA 94597